# RECORD OF MAGISTRATE'S PROCEEDINGS

**UNITED STATES OF AMERICA**

vs

OMARI PATTON

DATE ARRESTED: —

MAGISTRATE'S DOCKET #: 
DATE OF COMPLAINT: 
CRIMINAL DOCKET NUMBER: 19-8
DATE OF INDICTMENT: 1/8/19
STATUTE: 

## INITIAL APPEARANCE

| Before Magistrate | | | | Date: 2/28/19 | Casette Tape #: |
|---|---|---|---|---|---|
| ☒ LENIHAN | ☐ KELLY | | | Time: 2:10 | Tape Index: |
| ☐ MITCHELL | ☐ BAXTER | | | | |
| ☐ EDDY | ☐ PESTO | | | | |

U. S. ATTORNEY: Craig Haller

1. **RIGHTS EXPLAINED**

2. **COMPLAINT/INDICTMENT/INFORMATION:**
   - ☒ Read    ☒ Summarized    ☐ Reading waived
   - ☒ Defendant provided with a copy of the charges
   - ☐ Defendant to be provided with a copy of the charges as soon as possible

3. **ACT & PENALTIES**
   - ☒ Read    ☒ Summarized    ☐ Reading waived

4. **COUNSEL**
   - ☒ Defendant requested appointment    ☐ Defendant waived appointment
   - ☒ Defendant represented by: Frank Walker
   - ☐ Defendant expects to retain:
   - ☒ Affidavit executed.
   - ☐ Not Qualified    ☒ Qualified    ☐ with possible requirement for partial or full payment
   - ☐ Federal Public Defender appointed
   - ☒ CJA Panel Attorney    Frank Walker to be    appointed

5. **BAIL**
   - Recommended Bond:
   - Bond Set at:
   - ☐ By Consent    Additional Conditions Imposed:
   - ☐ By Magistrate
   - ☐ Bond Posted
   - ☐ Temporary Commitment issued    ☐ Final Commitment issued
   - ☐ Bond Review Hearing Set For:
   - ☒ Detention Hearing ~~Set For~~: Waived in Court on 2/28/19

6. **PRELIMINARY EXAMINATION/RULE 40 HEARING/ARRAIGNMENT**
   - ☒ ~~Preliminary Exam/Rule 40~~/Arraignment ~~set for~~: held    Before Magistrate LISA LENIHAN

ADDITIONAL COMMENTS: on 2/28/19