IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| vs ) | Criminal Case No. 2:19-cr-00008 |
| ) | |
| OMARI PATTON ) | |

## WAIVER OF DETENTION HEARING

I understand that I have the right to a detention hearing in connection with the federal charges that have been brought against me.

I hereby waive my right to a detention hearing at this time reserving the right to request a detention hearing if and when the issue becomes relevant.

I also agree to the entry of a detention order by this district.

_____
Defendant

DATE: 2-28-19

_____
Counsel for Defendant