IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vs | ) | Criminal Case No. 2:19-cr-00008 |
| | ) | |
| OMARI PATTON | ) | |

## ORDER

AND NOW, this 28th day of February, 2019,

**IT IS HEREBY ORDERED** that the government's motion for detention is granted pending further consideration if and when the issue of bond becomes relevant.

_____
Lisa Pupo Lenihan
United States Magistrate Judge

cc:   All counsel of record.