# Exhibit 1




# COUNTY OF ALLEGHENY
## OFFICE OF THE MEDICAL EXAMINER

1520 Penn Avenue - Pittsburgh, Pennsylvania 15222
Phone: (412) 350-4800
Email: webmaster.me@alleghenycounty.us

**ABDULREZAK SHAKIR, M.D.**
DEPUTY MEDICAL EXAMINER

**KARL E. WILLIAMS, M.D., M.P.H.**
MEDICAL EXAMINER

**ROBERT HUSTON**
DIRECTOR OF LABORATORIES

# CONFIDENTIAL

Submitted herewith please find the confidential Report of Laboratory Findings relating to the following case:

| Lab Case No. | Report No. | Report Date |
|---|---|---|
| 18LAB10072 | 1 | January 14, 2019 |

| | Agency Case No. | Agency | Case Officer |
|---|---|---|---|
| | CM170072 | DRUG ENFORCEMENT ADMINISTRATION<br>1781 McKees Rocks Road<br>McKees Rocks, PA 15136 | TFO E. HARPSTER |

**Participant(s)**         OTN
FNU LNU

## The Crime Lab User Fee:         $1,675.00

## IMPORTANT NOTICE

**The Division of Laboratories must be notified when an OTN becomes available for the participant(s) in this case.
Please call (412) 350-3734 or FAX this information to (412) 350-3861.**

**Report Page 1 of 5**




**COUNTY OF ALLEGHENY**
**OFFICE OF THE MEDICAL EXAMINER**
**DIVISION of FORENSIC LABORATORIES**
REPORT OF LABORATORY FINDINGS

| Lab Case No. | Report No. | Agency Case No. |
|---|---|---|
| 18LAB10072 | 1 | CM170072 |

## DRUG CHEMISTRY SECTION REPORT

The items included in this report were tested within the following date range: 12/27/2018 to 01/08/2019.

The following items were submitted:

| Item | Description |
|---|---|
| 1 | A sealed plastic bag holding items 1A-1E. |
| 1A | An open white mailing envelope labeled "Ex 1" in black ink holding items 1A1 and 1A2. |
| 1A1 | Two (2) off-white pieces of cardstock type paper each with black text printed on one side.<br>Items Analyzed - One (1) off-white piece of cardstock type paper with black text printed on one side. The piece of paper that was removed for analysis was soaked for analysis procedures and consumed during the analysis.<br>Items NOT Analyzed - One (1) off-white piece of cardstock type paper with black text printed on one side. |
| 1A2 | Three (3) white pieces of cardstock type paper each with black text printed on one side (not analyzed). |
| 1B | A white open priority mail flat rate envelope holding items 1B1 and 1B2. |
| 1B1 | A piece of white cardstock type paper with black ink printed on one side. The piece of paper that was removed for analysis was soaked for analysis procedures and was consumed during the analysis. |
| 1B2 | Four (4) pieces of off-white cardstock type paper with black ink printed on one side.<br>Items Analyzed - One (1) piece of off-white cardstock type paper with black ink printed on one side. The piece of paper that was removed for analysis was soaked for analysis procedures and was consumed during the analysis.<br>Items NOT Analyzed - Three (3) pieces of off-white cardstock type paper with black ink printed on one side. |
| 1C | A ziplock plastic bag labeled "Ex 3" in black ink holding a white open greeting card envelope containing items 1C1 and 1C2. |
| 1C1 | One (1) greeting card. The piece of paper that was removed for analysis was soaked for analysis procedures and was consumed during the analysis. |
| 1C2 | Four (4) 4x6 photographs.<br>Items Analyzed - One (1) 4x6 photograph. The piece of paper that was removed for analysis was soaked for analysis procedures and was consumed during the analysis.<br>Items NOT Analyzed - Three (3) 4x6 photographs. |
| 1D | A ziplock plastic bag labeled "Ex 4" in black ink holding items 1D1-1D4. |
| 1D1 | An open white envelope (not analyzed) containing two (2) pieces of off-white paper with black ink printed on one side.<br>Items Analyzed - One (1) off-white piece of paper with black ink printed on one side. The piece of paper that was removed for analysis was soaked for analysis procedures and was consumed during the analysis.<br>Items NOT Analyzed - One (1) off-white piece of paper with black ink printed on one side. |

**Report Page 2 of 5**

EM




**COUNTY OF ALLEGHENY**

**OFFICE OF THE MEDICAL EXAMINER**
**DIVISION of FORENSIC LABORATORIES**
REPORT OF LABORATORY FINDINGS

| Lab Case No. | Report No. | Agency Case No. |
|---|---|---|
| 18LAB10072 | 1 | CM170072 |

## DRUG CHEMISTRY SECTION REPORT

| | |
|---|---|
| 1D2 | An open white card envelope containing a greeting card holding two (2) 4x6 photographs printed on photographic paper (not analyzed). |
| 1D3 | An open white envelope (not analyzed) containing two (2) pieces of off-white cardstock type paper with black ink printed on one side. |
| | Items Analyzed - One (1) off-white piece of cardstock type paper with black ink printed on one side. The piece of paper that was removed for analysis was soaked for analysis procedures and was consumed during the analysis. |
| | Items NOT Analyzed - One (1) off-white piece of cardstock type paper with black ink printed on one side. |
| 1D4 | An open white card envelope (not analyzed) containing a greeting card (not analyzed). |
| 1E | A ziplock plastic bag labeled "Ex 5" in black ink holding an open white letter envelope (not analyzed) containing four (4) pieces of off-white cardstock type paper each with black text printed on one side. |
| | Items Analyzed - One (1) piece of off-white cardstock type paper with black text printed on one side. The piece of paper that was removed for analysis was soaked for analysis procedures and was consumed during the analysis. |
| | Items NOT Analyzed - Three (3) pieces of off-white cardstock type paper each with black text printed on one side. |

**Laboratory Findings**

| Item Number | Not Analyzed | Test Procedures | Results | Schedule | Weight ( Measurement Uncertainty*) |
|---|---|---|---|---|---|
| 1 | | | | | |
| 1A | | | | | |
| 1A1 | | 1,8,9 | 5-FLUORO ADB<br>5-FLUORO MDMB PICA | 1<br>1 | net weight - 8.7 grams (+/- 0.8 grams)<br>net weight (Not Analyzed) - 8.6 grams (+/-0.8 grams) |
| 1A2 | X | 1 | NOT ANALYZED | | collective net weight (Not Analyzed) - 25.6 grams (+/-0.8 grams) |
| 1B | | | | | |

**Report Page 3 of 5**

EM




**COUNTY OF ALLEGHENY**

**OFFICE OF THE MEDICAL EXAMINER**
**DIVISION of FORENSIC LABORATORIES**
REPORT OF LABORATORY FINDINGS

| Lab Case No. | Report No. | Agency Case No. |
|---|---|---|
| 18LAB10072 | 1 | CM170072 |

## DRUG CHEMISTRY SECTION REPORT

| Item Number | Not Analyzed | Test Procedures | Results | Schedule | Weight ( Measurement Uncertainty*) |
|---|---|---|---|---|---|
| 1B1 |  | 1,8,9 | AMB-FUBINACA<br>MMB-CHMICA<br>CUMYL-4CN-BINACA | 1<br>1<br>1 | net weight - 7.2 grams (+/- 0.8 grams) |
| 1B2 |  | 1,8,9 | 5-FLUORO ADB<br>AMB-FUBINACA | 1<br>1 | net weight - 8.2 grams (+/- 0.8 grams)<br>collective net weight (Not Analyzed) - 24.8 grams (+/-0.8 grams) |
| 1C |  |  |  |  |  |
| 1C1 |  | 1,8,9 | NO CONTROLLED SUBSTANCES DETECTED |  | net weight - 8.8 grams (+/- 0.8 grams) |
| 1C2 |  | 1,8,9 | NO CONTROLLED SUBSTANCES DETECTED |  | net weight - 4.5 grams (+/- 0.8 grams)<br>collective net weight (Not Analyzed) - 13.6 grams (+/-0.8 grams) |
| 1D |  |  |  |  |  |
| 1D1 |  | 1,8,9 | 5-FLUORO ADB | 1 | net weight - 8.5 grams (+/- 0.8 grams)<br>net weight (Not Analyzed) - 8.2 grams (+/-0.8 grams) |
| 1D2 | X | 1 | NOT ANALYZED |  | collective gross weight (Not Analyzed) - 25.8 grams (+/-0.8 grams) |
| 1D3 |  | 1,8,9 | 5-FLUORO ADB | 1 | net weight - 8.8 grams (+/- 0.8 grams)<br>net weight (Not Analyzed) - 8.3 grams (+/-0.8 grams) |
| 1D4 | X | 1 | NOT ANALYZED |  | gross weight (Not Analyzed) - 20.4 grams (+/-0.8 grams) |
| 1E |  | 1,8,9 | CUMYL-4CN-BINACA | 1 | net weight - 6.9 grams (+/- 0.8 grams)<br>collective net weight (Not Analyzed) - 20.1 grams (+/-0.8 grams) |

NC = Non-Controlled Substance
OTC = Over the Counter Pharmaceutical
RX = Prescription Pharmaceutical
*All measurement uncertainty reported are an expanded uncertainty at a coverage probability of 95.45%.

**Report Page 4 of 5**

EM




**COUNTY OF ALLEGHENY**

**OFFICE OF THE MEDICAL EXAMINER**
**DIVISION of FORENSIC LABORATORIES**
REPORT OF LABORATORY FINDINGS

| **Lab Case No.** | **Report No.** | **Agency Case No.** |
|---|---|---|
| 18LAB10072 | 1 | CM170072 |

## DRUG CHEMISTRY SECTION REPORT

| TEST PROCEDURE KEY | |
|---|---|
| 1. Gravimetric Analysis | 7. Fourier Transform Infrared Spectroscopy |
| 2. Short/Long Wave UV | 8. Gas Chromatography-Mass spectrometry |
| 3. Macroscopic Examination | 9. Gas Chromatography / FID |
| 4. Microscopic Examination | 10. Pharmaceutical Identification |
| 5. Mod.Duquenois-Levine Color Test | 11. Thin Layer Chromatography |
| 6. Color Test(s) | |

Analysis of submitted items was based upon a sampling scheme.

Respectfully submitted,

*Emily Myers*

Emily Myers
Scientist

The analysis was performed using laboratory-approved procedures or standards and this Report of Laboratory Findings accurately reflects the findings and opinions of the person(s) who performed the analysis or examination regarding the results reported.

The conclusions, interpretations and/or opinions in this Report of Laboratory Findings are those of the above signed author.

EM