IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| UNITED STATES OF AMERICA | ) | |
| | ) | |
| vi. | ) | 2:19-cr-00008-NR-MPK |
| | ) | |
| Omari Howard PATTON, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER**

AND NOW, this __2nd__ day of __June__ 2020, upon consideration of Defendant Omari Patton's Motion for Leave to File Exhibits Under Seal, any response thereto, and any reply thereon, it is, by the United States District Court for the Western District of Pennsylvania,

**ORDERED** and **DECREED** that Defendant's Motion is hereby **GRANTED**; and

**IT IS FURTHER ORDERED** that the exhibits to Defendant Omari Patton's Reply in Support of Mr. Patton's Motion for Release may be filed under seal.

BY THE COURT:

_____
~~Judge J. Nicolas Ranjan~~
~~United States District Judge~~

MAUREEN P. KELLY
UNITED STATES MAGISTRATE JUDGE