IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

UNITED STATES OF AMERICA,    )
                             )
       Plaintiff,            )
                             )  2:19-cr-8
       v.                    )
                             )
DASHAWN BURLEY, et al.,      )
                             )
       Defendant.            )

Hearing Type: Suppression Hearing

Date: 7/8/20

Before:   Judge J. Nicholas Ranjan

| Counsel for Plaintiff | Craig Haller |
| Counsel for Defendant | Michael DeMatt and Joseph Valenti |
| Court Reporter | R. Ford |
| Law Clerk | JA |
| Start time | 1:45 |
| End time | 4:16 |

SUMMARY OF PROCEEDINGS:

DEFENDANTS PRESENT BY VIDEOCONFERENCE.

Suppression hearing held by videoconference. Witness testimony provided and evidence submitted.

Transcript ordered at the joint cost of the government, DASHAWN BURLEY, and OMARI PATTON.