# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) ) ) ) 2:19-cr-8 |
| v. | ) ) |
| NOAH LANDFRIED, et al., | ) ) ) |
| Defendant. | ) |

**Hearing Type:** Telephonic Status Conference

**Date:** 10/29/20

**Before:** Judge J. Nicholas Ranjan

| | |
|---|---|
| Counsel for Plaintiff | Craig Haller |
| Counsel for Defendant | see attached |
| Court Reporter | K. Earley |
| Law Clerk | JA |
| Start time | 11:10 |
| End time | 12:22 |

**SUMMARY OF PROCEEDINGS:**

Telephonic Status Conference held to discuss the current status of the case.

Telephonic Status Conference set for 3/8/2020 at 10:00 a.m. Order to follow.