| Party number | Defendant | Counsel |
|---|---|---|
| USA | | Craig Haller |
| 1 | Noah Landfried | Martin Dietz |
| 2 | Mario Allen | Daniel Cuddy |
| 4 | Dashawn Burley | Michael DeMatt |
| 5 | Michel Cercone | Stephen Capone |
| 9 | Richard Georgelos | Nicola Henry-Taylor |
| 12 | Priyanka Kumar | Michael DeRiso |
| 13 | Ross Landfried | James Paulick |
| 14 | Sterling Marshall | Christopher Capozzi (excused) |
| 16 | Harold Novick | Lee Markovitz |
| 18 | Omari Patton | Joseph Valenti |
| 28 | Shamar Banks | David Defazio |
| 31 | David Curran | Kelvin Morris |
| 32 | William Fielder | Melvin Vatz |
| 33 | Darwin Good | William McCabe (excused) |
| 34 | Eugene Hall | Michael Moser |
| 35 | Dorianne Harris | Lisa Mantella |
| 38 | Richard Jasek | Wendy Williams |
| 39 | Seth Lindsey | Michael Waltman |
| 42 | Dana Penney | James Kraus |
| 43 | Diassandai Serrano | Patrick Livingston |
| 44 | Anthony Smith | Ryan James |
| 45 | Christian Stevens | Stephen Stallings |
| 47 | Paris Wilson | David Schroeder |