FILED

OCT 15 2021

CLERK U.S. DISTRICT COURT
WEST. DIST. OF PENNSYLVANIA

Case No. 19-8

I object, to the Court's October 7, 2021 order where
my due process rights were violated, and request that the
Court vacate the order for the following reasons:

First, the Court knows I could not been recorded on video
inside the vehicle being I am incarcerated.

Counsel filed a motion to withdraw. The Court ruled on the
motion to withdraw and the probable cause issue without
the probable cause being properly presented in a motion filed by
Counsel.

I never asserted to represent myself. A hearing was never held
where I can substantiate the claim and call witnesses.

The Courts order was incorrect and inconsistent with the law
and facts. The error was so obvious and substantial that failure
to correct it would damage the judicial process.

Based on the foregoing, I request that the Court vacate the October 7, 2021
order.

October 11, 2021