Omari Patton
743101 3-F
Allegheny County Jail
950 2nd Ave
Pittsburgh, PA 15219

**LEGAL MAIL**



Clerks Office Room 3110
700 Grant Street
Pittsburgh, PA 15219